IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
OCT - 1 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR LANCE BIENIEK,<br><br>Defendant. | Criminal No. 3:19-CR-144<br><br>18 U.S.C. § 922(g)(1)<br>Possession of a Firearm by a Convicted Felon<br>(Count One)<br><br>26 U.S.C. § 5861<br>Possession of an Unregistered Firearm<br>(Count Two)<br><br>Forfeiture Notice |

## INDICTMENT

**OCTOBER 2019 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm by Convicted Felon)

On or about February 10, 2019, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, TREVOR LANCE BIENIEK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Remington model 870, 12 gauge shotgun, serial number RS00092Y, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
(Possession of an Unregistered Firearm)

On or about February 10, 2019, in the Eastern District of Virginia and within the jurisdiction of this Court, TREVOR LANCE BIENIEK, knowingly received and possessed a firearm, to wit: a Remington model 870, 12 gauge shotgun, serial number RS00092Y, with a barrel length that was less than eighteen (18) inches and not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Section 5861 (d)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of either of the offenses charged in this Indictment, the defendant shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense, or any violation of any other criminal law of the United States.

Property subject to forfeiture includes, but is not limited to:

a Remington model 870, 12 gauge shotgun, serial number RS00092Y;

and any and all accompanying ammunition.

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney

2